MAGISTRATE JUDGE BENTON

1

2

3  05-CR-05374-ORD

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT TACOMA

8  UNITED STATES OF AMERICA,          )    NO. CR05-5374
9                                     )
          Plaintiff,                  )
10                                    )    ORDER GRANTING STIPULATED
          vs.                         )    MOTION TO CONTINUE TRIAL
11                                    )    DATE
   SETH BURNS,                        )
12                                    )
          Defendant.                  )
13  _____  )

14        Upon the stipulation of the parties to continue the trial date in the above-captioned

15  case, the Court finds that such a continuance would serve the ends of justice and

16  outweigh the best interests of the public and the defendant in a speedy trial; therefore,

17        IT IS HEREBY ORDERED that the trial date be continued to August 15, 2005.

18  The period of delay resulting from this continuance from July 11, 2005, to August 15,

19  2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and

20  (B).

21        DONE this ___11___ day of June/July, 2005.

22

23                              _____
                                MONICA J. BENTON
24  Presented By:UNITED STATES MAGISTRATE JUDGE

25  /s/                                    /s/
   _____     _____
26  Jerome Kuh                            Captain Glen Templeton
   Attorney for Defendant                Special Assistant United States Attorney

                                         FEDERAL PUBLIC DEFENDER
                                            1331 Broadway, Ste. 400
   ORDER GRANTING STIPULATED MOTION                    Tacoma, Washington 98402
   TO CONTINUE TRIAL DATE              1                     (253) 593-6710